JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WILLIAMSON, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>910 MARTIN LUTHER KING LLC, a California limited liability company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:21-cv-09164-JFW-RAOx<br><br>*Hon. John F. Walter*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Todd Williamson's action against Defendant 910 Martin Luther King LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: April 13, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　　United States District Judge

1
ORDER FOR DISMISSAL WITH PREJUDICE